# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

November 9, 2026

Honorable Arun Subramanian
United States District Judge
500 Pearl St.
New York, NY 10007

**Re: Martinez v. Javi's Flat Fix Corp. et al, 26-cv-05271-AS**

Your Honor,

I have a draft declaration out to Plaintiff to sign in support of his motion for default. However, Mr. Martinez is struggling to sign the document remotely and he has severe mobility issues which make it difficult to come to my office promptly. Plaintiff would respectfully request that the Court would permit an extension until November 24, 206 to submit the default motion.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

The requested extension to November 24, 2026 is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 25.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: November 10, 2026